UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA MAMIE DAMARIO,

    Plaintiff,

v.                                              Case No. 3:21cv935-TKW-HTC

JOSE A. GIRAUD, et al.,

    Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case is due to be dismissed for lack of jurisdiction (pursuant to the *Younger* doctrine) and/or failure to state a claim (because Defendants have immunity). Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED without prejudice** for lack of jurisdiction and/or failure to state a claim.

3. All pending motions are **DENIED as moot**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 20th day of September, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**